GRANT C. JAQUITH
Acting United States Attorney

Susan Reiss
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004
(212) 264-2303
Susan.reiss@ssa.gov


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LANDIS PROVOST,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil Action No.<br>17-CV-0681 (DNH/WBC)<br><br>**CONSENT ORDER TO REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g)** |

      This matter having been opened to the Court by Grant C. Joquith, Acting United States Attorney for the Northern District of New York, and Susan Reiss, Special Assistant United States Attorney, attorneys for Defendant, the Acting Commissioner of Social Security, for an Order remanding the within cause of action to the Defendant pursuant to sentence six of 42 U.S.C. § 405(g) for further administrative proceedings, to include searching for the recording of the administrative hearing. If a new hearing is necessary, this matter will be assigned to a different administrative law judge. Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this 21st day of September 2017;

ORDERED that the final decision of the Commissioner be and hereby REMANDED pursuant to sentence six of 42 U.S.C. § 405(g), to the Defendant for further administrative action.

_____
David N. Hurd
United States District Judge

The undersigned hereby consent to the form and entry of the within order:

                GRANT C. JACQUITH
                Acting United States Attorney

By:   /s/Susan Reiss
      Susan Reiss
      Special Assistant U.S. Attorney
      Bar Roll No. 513984
      Attorneys for Defendant


      /s/Mark A. Schneider
      Mark A. Schneider
      Schneider and Palcsik
      57 Court Street
      Plattsburg, NY  12901
      Bar Roll No. 508045
      Attorney for Plaintiff